No. 04–944. ARBAUGH v. Y & H CORP., DBA THE MOONLIGHT CAFE. C. A. 5th Cir. [Certiorari granted, 544 U. S. 1031.] Mo-

tion of petitioner to dispense with printing the joint appendix granted.